**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re Tonia Marlice McCandless | Case No.: 2:25-ms-00072-APG |
| | **Order Dismissing Action** |

Tonia Marlice McCandless initiated this action by filing various documents, including a "Notice" and a "Private Request Exclusive Equity in Chambers." ECF Nos. 1, 2. She also delivered to my chambers several other documents including a "Bill of Peace in Equity," a "Bond of Assurance," and a "Private Master Trust Ledger." Out of an abundance of caution, I filed under seal the documents delivered to my chambers. ECF No. 5. None of those documents makes out a claim against anyone or requests any specific relief from the court. Nor do the documents McCandless filed in the court docket. This court is not established as a public or private repository of documents. Thus, there is no reason for this case to have been opened or to remain open, so I close this case.

I THEREFORE ORDER the clerk of court to close this action.

DATED this 10th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE